UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JAMES NATHANIEL DOUSE, JR., | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 1:18-CV-123 PLC |
| JASON LEWIS, | ) ) ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's pro se application[1] for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is defective because petitioner did not use the Court's form, *see* Local Rule 2.06(A), and because petitioner did not pay the $5 filing fee or file a motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send petitioner both a motion for leave to proceed in forma pauperis form and a § 2254 form.

**IT IS FURTHER ORDERED** that, no later than twenty-eight (28) days from this Memorandum and Order, petitioner must either pay the $5 filing fee or file a motion for leave to proceed in forma pauperis.

---

[1] Petitioner asks that all correspondence be directed to his "attorney," his father James N. Douse, Sr. Mr. Douse, Sr., who resides in Atlanta, Georgia, has also signed petitioner's typed application for writ of habeas corpus, as "Esquire, status pending." Unfortunately, Mr. Douse, Sr. cannot represent petitioner in this Court unless he is currently licensed to practice law and is either properly granted admission to practice before this Court, pursuant to Local Rule 83.- 12.01 or duly admitted pro hac vice to the Court.

**IT IS FURTHER ORDERED** that petitioner must fill out the § 2254 form and return it to the Court within twenty-eight (28) days of the date of this Order. If petitioner fails to comply with this Order, the Court may dismiss this action without further proceedings.

Dated this __5th__ day of June, 2018.

\s\ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE